**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JANET H. GARFIELD,                          No. C03-04124 MJJ

12              Plaintiff,                        **ORDER DENYING RULE 59(e) MOTION**

13       v.

14   JO ANNE B. BARNHART,

15              Defendant.
     _____/

16

17          On September 10, 2003, Plaintiff filed a lawsuit challenging the Social Security Administration's

18   denial of benefits and alleging violation of her due process rights.  On July 26, 2004, the Court

19   remanded Plaintiff's case to the Social Security Administration ("SSA") for a determination of whether

20   good cause exists to extend the statutory sixty-day administrative limitations period for filing a request

21   for judicial review under 42 U.S.C. § 405(g).

22          On December 9, 2005, Plaintiff filed a Motion for Preliminary Injunction.  (Doc. #22.)  In her

23   Motion, Plaintiff alleged that the SSA failed to properly prepare her file so that the parties can proceed

24   with an administrative hearing in accordance with this Court's Order remanding her case.  On December

25   20, 2005, the Court denied Plaintiff's request for injunctive relief (Doc. #25).

26   / / /

27   / / /

28   / / /

1     Plaintiff now moves to alter or amend that Order pursuant to Federal Rule of Civil Procedure

2   59(e).  The Court has considered the arguments presented in Plaintiff's Motion and finds no basis

3   warranting modification of the Court's prior order denying Plaintiff's request for injunctive relief.

4   Accordingly, the Court **DENIES** Plaintiff's Motion.

5   **IT IS SO ORDERED.**

6

7

8   Dated: 1/10/06

9                                            MARTIN J. JENKINS
                                             UNITED STATES DISTRICT JUDGE

10

11

**United States District Court**
For the Northern District of California

2