**F I L E D**

APR 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>BARNHART,<br><br>    Defendant.<br>_____/ | No. C03-04124 MJJ<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S RENEWED MOTION TO DISMISS** |

    On April 5, 2006, Defendant filed a notice renewing her previously filed Motion to Dismiss (*See* Docs. #29, #11). Thereafter, Plaintiff submitted a letter to the Court (attached to this Order), indicating that she did not know how to proceed with her appeal. In light of Defendant's renewal of her Motion to Dismiss, the Court sets the following briefing schedule: (1) Plaintiff shall either file an Opposition to Defendant's Motion or a notice that she intends to rely on her Opposition previously filed on February 17, 2004 (Doc. #12) by **May 11, 2006**. Defendant shall file her Reply by **May 19, 2006**. Following completion of briefing, the Court will notify the parties of a hearing date, if necessary.

**IT IS SO ORDERED.**

Dated: April 19, 2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE