IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Telephone: (415) 457-4200
Facsimile:  (415) 454-5294

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET H. GARFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | )   Case No. C 03-04124  MJJ<br>)<br>)   STIPULATION AND ORDER<br>)   EXTENDING TIME TO FILE<br>)   PLAINTIFF'S REPLY TO<br>)   DEFENDANT'S OPPOSITION OF<br>)   PERMISSIVE JOINDER<br>)    GRANTED |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Janet H. Garfield may have an extension of 15 days in which to file her Reply to Defendant's Opposition to Plaintiff's Notice of Permissive Joinder of Bruce Ross. Plaintiff's response is due on October 28, 2006, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

1    Dated: October 12, 2006       signed /IAN M. SAMMIS/

2

3                                            _____
   Ian M. Sammis

4                                         Attorney for Robin L Tyler

5    Dated:  October 12, 2006

6                                        KEVIN  V. RYAN
   UNITED STATES ATTORNEY

7

8                                        Signed /Sara Winslow/
   By_____

9                                        Sara Winslow

10                                       Assistant United States Attorney

11

12                                   **ORDER**

13            The parties having stipulated as set forth above,

14

15             **IT IS SO ORDERED.**

16

17   Dated:  October   _24____, 2006

18                                     _____
   MARTIN J. JENKINS

19                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

1   Dated: October 12, 2006                    signed /IAN M. SAMMIS/

2

3                                              Ian M. Sammis

4                                              Attorney for Robin L Tyler

5   Dated: October 12, 2006

6                                              KEVIN V. RYAN
                                               UNITED STATES ATTORNEY
7

8                                              Signed /Sara Winslow/
                                               By
9                                              Sara Winslow
                                               Assistant United States Attorney
10

11

12                              **ORDER**

13            The parties having stipulated as set forth above,

14

15                     **IT IS SO ORDERED.**

16

17  Dated: October _____, 2006

18                                       MARTIN J. JENKINS
                                         UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order        Page 2 of 2        Case No. C 03-04124 MJ.

TOTAL P.02