| | |
|---|---|
| 1 | IAN M. SAMMIS (CA State Bar No. 45883) |
| 2 | 1108 Tamalpais Avenue, #1 |
| 3 | San Rafael, CA 94901 |
|   | Telephone: (415) 457-4200 |
| 4 | Facsimile: (415) 454-5294 |
| 5 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET H. GARFIELD, | ) Case No. C 03-04124 MJJ |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|   | ) EXTENDING TIME TO FILE |
| MICHAEL J. ASTRUE, | ) PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security, | ) SUMMARY JUDGMENT |
|   | ) GRANTED |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Janet H. Garfield may have an extension of 30 days in which to file her Motion for Summary Judgment. Plaintiff's motion for summary judgment is due on February 14, 2008, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

---

Stipulation and ▉▉▉▉ Order       Page 1 of 2       Case No. C 03-04124 MJJ

| | |
|---|---|
| Dated: January 15, 2008 | S/IAN M. SAMMIS/ |
| | _____ |
| | Ian M. Sammis |
| | Attorney for Janet H. Garfield |
| Dated: January    , 2008 | |
| | SCOTT N. SCHOOLS |
| | UNITED STATES ATTORNEY |
| | |
| | S/John C. Cusker/ |
| | By_____ |
| | John C. Cusker |
| | Special Assistant U.S. Attorney |
| | and |
| | Attorney for the Commissioner |

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: January   29   , 2008          _____
                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE