```
1  IAN M. SAMMIS (CA State Bar No. 45883)
   1108 Tamalpais Avenue, #1
2  San Rafael, CA 94901
3  Telephone: (415) 457-4200
4  Facsimile: (415) 454-5294
5  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET H. GARFIELD, | Case No. C 03-04124 MJJ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | GRANTED |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Janet H. Garfield may have an extension of 30 days in which to file her reply in opposition to Defendant's Opposition to Plaintiff's motion for leave to supplement the certified administrative record and to require reorganization of the record. Plaintiff's motion for summary judgment is due on April 23, 2008, pursuant to Civil L.R. 16-5.

IT IS SO STIPULATED:

Stipulation and [ ] Order          Page 1 of 2          Case No. C 03-04124 MJJ

Dated: 3/24/08, 2008

S/IAN M. SAMMIS/

Ian M. Sammis
Attorney for Janet H. Garfield

Dated: 3/25/08, 2008

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

By S/Katherine R. Loo/

Katherine R. Loo
Special Assistant U.S. Attorney
and
Attorney for the Commissioner

### ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: 3/31, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Stipulation and [ ] Order    Page 2 of 2    Case No. C 03-04124 MJJ

TOTAL P.003