```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
KATHERINE R. LOO, CSBN 162029
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
        E-Mail: Katherine.Loo@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANET H. GARFIELD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 3:03-CV-04124-VRW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant may have an extension of time, up to and including June 20, 2008, to serve his Opposition to Plaintiff's Motion for Summary Judgment.

The extension is necessary because Defendant's counsel has eight Motions for Summary Judgment and Joint Stipulations due in district court in the next three weeks. Furthermore, Defendant's counsel will be attending a conference from May 12 through May 16, 2008 in Baltimore, Maryland.

//

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 2, 2008 | /s/ Ian M. Sammis * |
| 3 | | (As authorized via facsimile) |
| 4 | | IAN M. SAMMIS<br>Attorney for Plaintiff |
| 5 | Dated: May 2, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 6 | | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 7 | | Social Security Administration |
| 8 | | /s/ Katherine R. Loo |
| 9 | | KATHERINE R. LOO<br>Special Assistant United States Attorney |
| 10 | | Attorneys for Defendant |

13  IT IS SO ORDERED.

15  Dated: 5/6/2008

THE HONORABLE VAUGHN R WALKER
United States District Judge

**GRANTED**
Judge Vaughn R Walker