IAN M. SAMMIS (CA State Bar No. 45883)
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Telephone: (415) 457-4200
Facsimile: (415) 454-5294

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET H. GARFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. C 03-04124 VRW<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, Plaintiff Janet H. Garfield may have an extension of 30 days in which to file her reply in opposition to Defendant's Cross-Motion for Summary Judgment. Plaintiff's Reply to Defendant's Cross-Motion for summary judgment is due on August 4, 2008, pursuant to Civil L.R. 16-5.

///

///

IT IS SO STIPULATED:

Dated: July 7, 2008        S/IAN M. SAMMIS/

_____
Ian M. Sammis
Attorney for Janet H. Garfield

Dated: July 14, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

       S/Katherine R. Loo/
By_____
Katherine R. Loo
Special Assistant U.S. Attorney
and
Attorney for the Commissioner

# ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: July 17, 2008

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

IT IS SO STIPULATED:

Dated: July 7, 2008

S/IAN M. SAMMIS/

Ian M. Sammis
Attorney for Janet H. Garfield

Dated: July 14, 2008

JOSEPH RUSSONIELLO
~~SCOTT N. SCHOOLS~~
UNITED STATES ATTORNEY

S/Katherine R. Loo
By_____
Katherine R. Loo
Special Assistant U.S. Attorney
and
Attorney for the Commissioner

## ORDER

The parties having stipulated as set forth above,

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE