IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET H GARFIELD, | No C 03-4124 VRW |
| Plaintiff, | CA9 Docket No: 09-15664 |
| v | ORDER |
| MICHAEL J ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

        Plaintiff Janet H Garfield has filed a notice of appeal (Doc #78, 79) from (1) the court's December 12, 2008 order granting defendant's motion for summary judgment against her on the complaint seeking judicial review of the Social Security Administration's final decision time-barred (Doc #74) and (2) the court's order denying her motion under FRCP 59(e) to alter or amend the December 12 order. Doc #77. Plaintiff did not submit the $455 filing fee with her notice of appeal.

        After the clerk of this court sent plaintiff a letter requesting payment of the $455 fee, plaintiff filed a completed FRAP Form 4, the affidavit accompanying motion for permission to appeal in forma pauperis. Doc #83.

**United States District Court**
For the Northern District of California

1  Plaintiff has not completed the procedural requirements
2  for seeking leave to proceed in forma pauperis on appeal.  Because
3  plaintiff did not proceed in forma pauperis when she filed her
4  action in the district court, she is required by FRAP 24(a)(1) to
5  bring a motion seeking leave to proceed in forma pauperis on
6  appeal.  The motion must attach an affidavit that not only provides
7  the information sought by Form 4 but also "claims an entitlement to
8  redress" and "states the issues that the party intends to present
9  on appeal."  Plaintiff has not brought a motion and her affidavit
10  does not address the latter two requirements.

11  Plaintiff may bring a motion meeting the requirements of
12  FRAP 24(a)(1) within twenty-one (21) days of the date of this
13  order.  Failure to do so will result in denial of in forma pauperis
14  on appeal.

16  IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge